Pedro **MEDINA–VAZQUEZ,**
**Plaintiff–Appellant,**

v.

Monica **WETZEL, Warden; Ruth Yancey, Warden of Federal Correctional Institution at Williamsburg, Defendants–Appellees.**

No. 05–7960.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 11, 2006.

Decided: Jan. 24, 2007.

Pedro Medina–Vazquez, Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pedro Medina–Vazquez, a federal prisoner, appeals the district court's order accepting the recommendation of the magis-

This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

348

trate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Medina–Vazquez v. Wetzel,* No. 9:05–cv–01915–GRA (D.S.C. Sept. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*